**Guadalupe Garcia MENDOZA; et al., Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–71189.

United States Court of Appeals, Ninth Circuit.

Submitted July 17, 2006.*

Decided July 21, 2006.

Susan S. Han, Esq., Jacobson & Han, LLP, Los Angeles, CA, for Petitioners.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Jonathan F. Potter, Esq., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: B. FLETCHER, HAWKINS and THOMAS, Circuit Judges.

MEMORANDUM **

We have reviewed the response to the court's April 19, 2006, order to show cause, and we conclude that petitioner Guadalupe Garcia Mendoza has failed to raise a colorable constitutional claim to invoke our jurisdiction over this petition for review. *See Falcon Carriche v. Ashcroft,* 350 F.3d 845 (9th Cir.2003); *Jimenez–Angeles v. Ashcroft,* 291 F.3d 594, 602–03 (9th Cir. 2002) (upholding constitutionality of NACARA); *Torres–Aguilar v. INS,* 246 F.3d 1267, 1271 (9th Cir.2001). Accordingly, we dismiss this petition for review for lack of jurisdiction with respect to petitioner Garcia Mendoza. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Romero–Torres v. Ashcroft,* 327 F.3d 887, 892 (9th Cir.2003); *Montero–Martinez v. Ashcroft,* 277 F.3d 1137, 1144 (9th Cir.2002).

Petitioner Angel de Jesus Aguilar Garcia does not have a qualifying relative for

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

purposes of cancellation of removal. Accordingly, the court summarily denies this petition for review with respect to this petitioner. *See* 8 U.S.C. § 1229b(b)(1)(D); *Molina–Estrada v. INS*, 293 F.3d 1089 (9th Cir.2002).

**DISMISSED IN PART and DENIED IN PART.**